IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALCALA,<br><br>    Plaintiff,<br><br>  v.<br><br>MXD GROUP, INC.,<br><br>    Defendant. | Case No. 17-cv-02134-CW<br><br>ORDER GRANTING MOTION TO TRANSFER VENUE<br><br>(Dkt. No. 30) |

Defendant MXD Group, Inc. has filed a motion to transfer venue to the Central District of California. Plaintiff Jose Alcala has filed a notice that he does not oppose the motion.

All parties have consented to the transfer, and the Court finds that transfer would be convenient for the parties and witnesses and in the interest of justice. See 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.").

The Court GRANTS Defendant's motion to transfer venue (Docket No. 30). The Clerk shall transfer this case to the United States District Court for the Central District of California and close this file.

IT IS SO ORDERED.

Dated: September 1, 2017

CLAUDIA WILKEN
United States District Judge